**Exhibit A to the Complaint**

**Location:** Bayonne, NJ  
**Total Works Infringed:** 76

**IP Address:** 98.109.8.198  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 12/21/2017 22:53:01 | 12/21/2017 | 01/18/2018 | PA0002070941 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/07/2017 21:58:30 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | Blacked | 01/15/2018 23:27:27 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 4 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 08/10/2017 00:53:15 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 5 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/24/2017 00:44:26 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/06/2017 22:16:52 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 7 | 13487478C24CF99A2DD8C880587AECB5ACEA67B6 | Vixen | 12/05/2017 22:37:11 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 8 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 05/21/2017 20:51:58 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 9 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/09/2018 22:04:27 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 10 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/09/2017 23:24:10 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 11 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 05/10/2017 20:58:50 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 12 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Ra | 01/12/2018 23:03:06 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 13 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/21/2017 15:31:55 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 14 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/10/2017 22:21:48 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 15 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/26/2017 21:02:22 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 16 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 07/30/2017 21:31:10 | 07/30/2017 | 08/11/2017 | 15711086778 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 35A71E46823959EC9E4F00CEF21806AB7A0FC471 | Tushy | 05/17/2017 01:35:23 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 18 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Ra | 12/13/2017 21:31:43 | 12/13/2017 | 12/17/2017 | 16159650081 |
| 19 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/25/2017 22:49:04 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 20 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/28/2017 21:54:07 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 21 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 12/27/2017 23:57:25 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 22 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Ra | 11/29/2017 02:13:03 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 23 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/21/2017 21:52:35 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 24 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 12/31/2017 20:54:19 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 25 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/24/2017 21:23:56 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 26 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/02/2017 22:10:50 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 27 | 4B20A7D717BB4F66EA00E5E98038015D9D400FCA | Tushy | 01/16/2018 22:33:51 | 01/16/2018 | 01/20/2018 | 16215823881 |
| 28 | 4B321B55536C35EC1609EE2AB4EFB520A5CFA67D | Vixen | 07/04/2017 20:18:21 | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 29 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/22/2017 20:38:06 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 30 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/13/2017 21:35:34 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 31 | 5166084D7A0A41643C398FCA03C47F3864D5AA14 | Vixen | 05/20/2017 15:35:09 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 32 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 08/29/2017 09:59:16 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 33 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Ra | 12/03/2017 22:55:44 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 34 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | Blacked | 06/21/2017 02:45:23 | 06/19/2017 | 07/07/2017 | PA0002070823 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 617590A4A03E0F5156896C6DD1F006775B6CA43C | Blacked Ra | 12/29/2017 00:07:14 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 36 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/03/2017 15:41:20 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 37 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/29/2017 13:26:25 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 38 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/16/2017 20:50:23 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 39 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/15/2017 23:10:33 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 40 | 6A5291E37ABD63DC4D92C660B3A49EF5862C1837 | Vixen | 07/13/2017 22:14:26 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 41 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/16/2017 13:22:30 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 42 | 77337BB26D7D606C86060A2280456417AF4986E2 | Vixen | 10/31/2017 23:26:38 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 43 | 7A496D6534DC2D202F8F0C60B122CAFF208959B3 | Tushy | 07/11/2017 23:34:46 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 44 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/11/2017 23:47:28 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 45 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Ra | 12/23/2017 20:56:05 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 46 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/01/2017 22:11:51 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 47 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 12/02/2017 21:18:13 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 48 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/22/2017 20:15:57 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 49 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Ra | 11/14/2017 02:09:28 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 50 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/17/2017 20:15:02 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 51 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/19/2017 00:02:39 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 52 | 9D29B8DA43C5063F7087D93478E6DDF9605BD22A | Tushy | 10/29/2017 15:55:56 | 10/28/2017 | 11/15/2017 | 16013254281 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 9D5513F0563852D9FB73EDC7D6318A6BB04334D9 | Tushy | 09/18/2017 22:09:54 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 54 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 09/16/2017 23:13:49 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 55 | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 07/29/2017 21:44:33 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 56 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 10/26/2017 21:30:42 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 57 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/04/2017 22:53:53 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 58 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 05/30/2017 22:28:56 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 59 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/04/2017 21:29:38 | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 60 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/20/2017 20:42:22 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 61 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/10/2017 22:25:47 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 62 | B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA | Tushy | 01/11/2018 23:26:19 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 63 | B630489F04C8118DAEF61613C751E2E19BBBB8C8 | Tushy | 01/02/2018 00:20:43 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 64 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/15/2017 21:34:46 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 65 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 10/01/2017 23:25:48 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 66 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/06/2017 00:19:03 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 67 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/10/2017 22:27:27 | 06/09/2017 | 07/07/2017 | PA0002070825 |
| 68 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 11/27/2017 22:51:10 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 69 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/07/2017 23:00:24 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 70 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/06/2017 21:51:25 | 09/06/2017 | 09/14/2017 | PA0002052844 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/11/2017 23:07:23 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 72 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/08/2017 02:01:45 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 73 | E895E4E69F428DABB264A9F9B1A6F7955127088E | Blacked | 05/08/2017 22:12:55 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 74 | F4AA138039846AD2D2205FAA3036CD827E520187 | Tushy | 10/19/2017 21:07:22 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 75 | F4D697D4CD5A5F484EB93A61F939FD0A7CC52A1F | Blacked | 07/01/2017 01:54:12 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 76 | F9007BDB1432744206E0B50B8EDB45D91F06EA40 | Vixen | 08/02/2017 20:54:39 | 08/02/2017 | 08/17/2017 | 15732903934 |